Dismissed and Opinion filed May 1, 2003









Dismissed and Opinion filed May 1, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00069-CV

____________

 

KOLL REAL ESTATE GROUP, INC., Appellant

 

V.

 

LINDA KUKKUK, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF FRED TEER, AND WRONGFUL DEATH BENEFICIARIES
VERN MARIE TEER, DONNA TEER, AND CHARLES F. TEER, Appellees

 



 

On Appeal from the 212th District Court

Galveston
County, Texas

Trial Court Cause No. 02CV0949

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from an order
signed December 20, 2002.

On April 28, 2003, appellant filed a motion to dismiss the
appeal because appellant has been dismissed from the underlying suit.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed May 1, 2003.

Panel consists of Justices Yates,
Hudson and Frost.